## UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

12-2427

USA v. Jamilah Smith

1-10-cr-00184-002

## O R D E R

In accordance with the agreement of the parties in the above-captioned case, the matter is hereby dismissed pursuant to Fed. R. App. P. 42(b), without cost to either party. A certified copy of this order is issued in lieu of a formal mandate.

For the Court,

*Marcia M. Waldron*

Marcia M. Waldron, Clerk

Dated:  August 20, 2012

cc:

    Troy A. Archie, Esq.
    Mark E. Coyne, Esq.
    Norman Gross, Esq.

**A True Copy:**

*Marcia M. Waldron*

Marcia M. Waldron, Clerk
Certified order issued in lieu of mandate.